In the Matter of the Transfer Tax upon a Half Interest in Shares of Stock in the WILLIAM B. DANA COMPANY which Passed from WILLIAM B. DANA on His Death.

JACOB SEIBERT, JR., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Dana Co.,* 164 App. Div. 45, affirmed.

(Submitted April 12, 1915; decided April 27, 1915,)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered October 16, 1914, which affirmed an order of the Suffolk County Surrogate's Court imposing a transfer tax upon certain shares of stock. On March 14, 1905, Mr. William B. Dana, at that time the owner of 4,284 shares (out of 5,000 shares) of the capital stock of the William B. Dana Company, transferred 620 shares of the stock of said company belonging to him to " William B. Dana and Jacob Seibert, Jr., and the survivor," the Jacob Seibert, Jr., mentioned being the appellant. Such transfer was made over five and a half years previous to the death of Mr. Dana, which occurred in October, 1910. A new stock certificate was at that time issued and delivered to Jacob Seibert, Jr., and said certificate remained thereafter in the continuous possession of said Seibert until Dana's death.

*Winthrop E. Dwight* for appellant.

*John S. Jenkins* and *Henry A. Miller* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, CHASE, HOGAN, MILLER and CAR-DOZO, JJ. Dissenting: HISCOCK and COLLIN, JJ.